JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SILVIO HERNANDEZ,                    )   No. CV 08-05956-DDP (VBK)
                                     )
                Petitioner,          )   JUDGMENT
                                     )
        v.                           )
                                     )
DEBRA DEXTER,                        )
                                     )
                Respondent.          )
_____)

    Pursuant to the Order Accepting and Adopting the Amended Report
and Recommendation of the United States Magistrate Judge, and
dismissing the Petition for Writ of Habeas Corpus ("Petition") with
prejudice,

    **IT IS ADJUDGED** that the Petition is dismissed with prejudice.


DATED: April 9, 2010            _____
                                DEAN D. PREGERSON
                                UNITED STATES DISTRICT JUDGE